**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-CV-01650-RPM

THE OUTDOOR LIVING COMPANY d/b/a FAUXCRETE, INC.,

    Plaintiff,

vs.

METLIFE INVESTORS USA INSURANCE COMPANY and METLIFE INVESTORS INSURANCE COMPANY,

    Defendant.

_____

# ORDER GRANTING NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
_____

    THIS MATTER having come before the Court pursuant to Defendants' Notice of Withdrawal and Substitution of Counsel, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that Michael S. Beaver, Esq. and Parker Dragovich, Esq. of Holland & Hart LLP may withdraw as counsel of record for Defendants and that Clinton P. Swift, Esq. of Lind Lawrence & Ottenhoff is substituted as counsel of record for Defendants.

    Dated: September 12th, 2006

                                  BY THE COURT:

                                  s/ Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District  Judge