IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01650-RPM

THE OUTDOOR LIVING COMPANY
d/b/a FAUXCRETE, INC.,

        Plaintiff,

v.

METLIFE INVESTORS USA INSURANCE COMPANY and
METLIFE INVESTORS INSURANCE COMPANY,

        Defendants.

___

ORDER FOR CLARIFICATION

___

On May 8, 2007, the parties filed a stipulated joint motion for entry of a final judgment under Fed.R.Civ.P. 54(b); certification of interlocutory appeal under 28 U.S.C. § 1292(b) and referral to a magistrate judge for a settlement conference.  On the same date, the plaintiff filed a motion for a determination of applicable interest on the first claim for relief, decided by this Court's Order on Motions for Summary Judgment, entered April 25, 2007.  These pleadings are confusing.  While this Court has no objection to a Rule 54(b) entry of final judgment and certification for an appeal, it appears inconsistent to proceed with an appeal and to proceed with a settlement conference before a magistrate judge.  It also appears inconsistent to proceed with a determination of interest due if there is to be a meaningful settlement conference or an appeal.  According, it is

        ORDERED that the parties shall clarify their request to this Court.

        Dated: May 14, 2007

        BY THE COURT

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge