IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-01650-RPM

THE OUTDOOR LIVING COMPANY
d/b/a FAUXCRETE, INC.,

        Plaintiff,

v.

METLIFE INVESTORS USA INSURANCE COMPANY and
METLIFE INVESTORS INSURANCE COMPANY,

        Defendants.

---

ORDER FOR FINAL JUDGMENT ON FIRST CLAIM FOR RELIEF UNDER RULE 54(b) AND CERTIFYING QUESTION FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

---

      On April 25, 2007, the Court entered its Order on Motions for Summary Judgment, determining the legal question of interpreting the applicable insurance contract regarding the suicide provision.  The parties filed a joint motion to make that ruling immediately appealable.  Although the question of the applicable interest to be recovered has not been determined, which could make the applicability of Fed.R.Civ.P. 54(b) questionable, the Court is of the opinion that its order of April 25, 2007 involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation.  Accordingly, it is

      ORDERED that the Clerk shall enter a final judgment under Fed.R.Civ.P. 54(b) on the plaintiff's first claim for relief, awarding the plaintiff the face amount of the

insurance policy, $1,000,000, plus applicable interest and it is

FURTHER ORDERED that this Court's order of April 25, 2007, is appealable immediately under 28 U.S.C. § 1292(b).

Dated: May 24, 2007

                                      BY THE COURT

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge