IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-01650-RPM

THE OUTDOOR LIVING COMPANY
d/b/a FAUXCRETE, INC.,

       Plaintiff,

v.

METLIFE INVESTORS USA INSURANCE COMPANY and
METLIFE INVESTORS INSURANCE COMPANY,

       Defendants.

---

ORDER DENYING PLAINTIFF'S MOTION FOR DETERMINATION OF APPLICABLE INTEREST

---

On May 8, 2007, the plaintiff filed a motion for a determination of applicable interest to be included in an award of the face amount of the insurance policy pursuant to this Court's order of April 25, 2007, on summary judgment and the Court having certified that order for immediate appeal and also having entered an order of reference to Magistrate Judge Hegarty to facilitate settlement, the Court concludes that judicial resources and expense to the parties would be saved by denying that motion and including the amount of interest as one of the issues to be resolved by settlement, it is

ORDERED that the plaintiff's motion for determination of applicable interest is denied.

Dated: May 24, 2007

BY THE COURT

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge