## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-1650-RPM-MEH

THE OUTDOOR LIVING COMPANY d/b/a FAUXCRETE, INC.,

    Plaintiff,

vs.

METLIFE INVESTORS USA INSURANCE COMPANY and METLIFE INVESTORS INSURANCE COMPANY,

    Defendant.

### ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

UPON CONSIDERATION of the stipulated motion for dismissal with prejudice filed herein and in good cause having been shown, it is

ORDERED that the above-entitled action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 6th day of August, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Judge